# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 24, 2025

## NO. 03-24-00162-CV

**Great American Insurance Company of New York, Appellant**

**v.**

**Williamson County, Texas, Appellee**

**APPEAL FROM THE 480TH DISTRICT COURT OF WILLIAMSON COUNTY**
**BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP**
**AFFIRMED -- OPINION BY JUSTICE CRUMP**
**DISSENTING OPINION BY JUSTICE THEOFANIS**

This is an appeal from the amended order denying defendant's motion for summary judgment signed by the trial court on February 6, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.